# IN THE SUPREME COURT OF THE STATE OF NEVADA

SAMMIE NUNN,

                Appellant,

        vs.

THE STATE OF NEVADA,

                Respondent.

No. 82859

**FILED**

MAY 2 1 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court "judgement [sic] on writ of habeas corpus on November 5, 2019." Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on November 20, 2019. The district court served notice of entry of that order on appellant on November 21, 2019. Appellant did not file the notice of appeal, however, until April 29, 2021, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, this court takes no action on the motion to stay filed on May 17, 2021.

21-14645

cc:  Hon. Mary Kay Holthus, District Judge
     Sammie Nunn
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk